Disposition of Petitions for Discretionary Review Under G.S. 7A-31

| State v. Ragland Case below: 165 N.C. App. 277 | No. 423P04 | 1. Def's NOA (COA03-1163) | 1. Dismissed *ex mero motu* (12/02/04) |
|---|---|---|---|
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied (12/02/04) |
| | | 3. AG's Motion to Dismiss Appeal for Lack of Sustanntial Constitutional Question | 3. Allowed (12/02/04) |
| State v. Russell Case below: 163 N.C. App. 785 | No. 263P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-723) | Denied (12/02/04) |
| State v. Singletary Case below: 163 N.C. App. 449 | No. 431P04 | Def's PWC to Review the Decision of the COA (COA03-172) | Denied (12/02/04) |
| State v. Speight Case below: 166 N.C. App. 106 | No. 491PA04 | 1. Def's NOA Based on a Constitutional Question (COA03-776) | 1. —— |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied (12/02/04) |
| | | 3. AG's Motion to Dismiss Appeal | 3. Allowed (12/02/04) |
| State v. Stafford Case below: 166 N.C. App. 118 | No. 541P04 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-760) | Denied (12/02/04) |
| State v. Valladares Case below: 165 N.C. App. 598 | No. 432P04 | 1. AG's Petition for Writ of Supersedeas | 1. Denied (12/02/04) |
| | | 2. AG's PDR Under N.C.G.S. § 7A-31 | 2. Denied (12/02/04) |
| | | 3. Def's NOA Based Upon a Constitutional Question | 3. Dismissed (12/02/04) |
| | | 4. Def's PDR Under N.C.G.S. § 7A-31 | 4. Denied (12/02/04) |
| | | 5. AG's Conditional PDR Under N.C.G.S. § 7A-31 | 5. Dismissed as moot (12/02/04) |
| | | 6. AG's Motion to Dismiss Appeal | 6. Allowed (12/02/04) |